IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3100 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MARSHALL L. MURPHEY | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

Defendant's motion to continue trial, filing 21, is granted. Trial is continued to 9:00 a.m., December 15, 2008, **as the 4ᵗʰ case on the trial docket**, for a duration of five trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

Dated October 15, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge